EXHIBIT 2
GL-119399-13



# Summons
## Collection Information Statement

In the matter of  DAVID M LEUGERS, 4560 RITA MAE DR, FAIRFIELD, OH 45014-3272
Internal Revenue Service *(Identify Division)*  SMALL BUSINESS/SELF EMPLOYED
Industry/Area *(Identify by number or name)*  SB/SE AREA 2 (22)
Periods:  See Attachment 1 to Summons Form 6637 for Period Information

**The Commissioner of Internal Revenue**

To:  DAVID M LEUGERS
At:  4560 RITA MAE DR, FAIRFIELD, OH 45014-3272

You are hereby summoned and required to appear before DOUGLAS D HRENKO, an Internal Revenue Service *(IRS)* officer, to give testimony and to bring for examination the following information related to the collection of the tax liability of the person identified above for the periods shown:

All documents and records you possess or control regarding assets, liabilities, or accounts held in the taxpayer's name or for the taxpayer's benefit which the taxpayer wholly or partially owns, or in which the taxpayer has a security interest. These records and documents include but are not limited to: all bank statements, checkbooks, canceled checks, saving account passbooks, records or certificates of deposit for the period:

From 06/01/2012  To 12/31/2012

Also include all current vehicle registration certificates, deeds or contracts regarding real property, stocks and bonds, accounts, notes and judgments receivable, and all life or health insurance policies.

IRS will use this information to prepare a Collection Information Statement. We have attached a blank statement to guide you in producing the necessary documents and records.

**Do not write in this space**

Business address and telephone number of IRS officer before whom you are to appear:

550 MAIN STREET, SUITE 3503, CINCINNATI OH 45202-3222 (513) 263-3408

Place and time for appearance: At  550 MAIN STREET, SUITE 3503, CINCINNATI, OH 45202-3222

**IRS**
Department of the Treasury
Internal Revenue Service
www.irs.gov
Form 6637 (Rev.10-2010)
Catalog Number 25000Q

on the  14th  day of  January , 2013  at  10:00  o'clock  a  m.

Issued under authority of the Internal Revenue Code this  19th  day of  December , 2012

DOUGLAS D HRENKO
Signature of issuing officer

REVENUE OFFICER
Title

Signature of approving officer *(If applicable)*

Title

EXHIBIT 2

**Original — to be kept by IRS**



# Certificate of Service of Summons

(Pursuant to section 7603, Internal Revenue Code)

I certify that I served the summons shown on the front of this form on:

Date: 12/19/2012

Time: 1:55 PM

**How Summons Was Served**

☐ I handed an attested copy of the summons to the person to whom it was directed.

☒ I left an attested copy of the summons at the last and usual place of abode of the person to whom it was directed. I left the copy with the following person *(if any)*.

Signature: [signed]

Title: Revenue Officer

I certify that the copy of the summons served contained the required certification.

Signature: [signed]

Title: Revenue Officer

Catalog No. 25000Q

Form **6637** (Rev. 10-2010)

# Attachment 1 to Summons Form 6637

In the matter of  **DAVID M LEUGERS**

Period information:  Form 1040 for the calendar periods ending December 31, 2000, December 31, 2002, December 31, 2003, December 31, 2004, December 31, 2005 and December 31, 2006 and Form CIVPEN for the quarterly periods ending December 31, 2002, December 31, 2003, December 31, 2004, December 31, 2005, December 31, 2006 and December 31, 2008